

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2020

No. 04-17-00565-CV

David **MORA**, Texas Sterling Construction Co. a/k/a Texas Crushed Concrete, and Sterling
Construction Company, Inc. a/k/a Sterling Delaware Holding Company, Inc.,
Appellants

v.

Martin **VALDIVIA** Sr. and Maria Cervantes Valdivia, both Individually and as Sole Heirs of the
Estate of Martin Valdivia Jr., Deceased,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI09734
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Liza A. Rodriguez, Justice

On July 17, 2019, this court issued its opinion and judgment in this appeal. Appellants filed motions for extension of time to file a petition for review in the supreme court. In their motions, they noted the parties were engaged in settlement discussions.

On January 15, 2020, the parties filed a joint motion to dismiss the appeal, which the supreme court granted on January 22, 2020. After the supreme court advised this court we could issue our mandate, we issued it on January 27, 2020.

The next day, the parties filed an amended motion to dismiss with the supreme court. As requested by the parties, the supreme court treated the amended motion as a petition for review, granted the motion, set aside this court's judgment, and remanded the cause to the trial court for it to render judgment in accordance with the parties' settlement agreement.

On February 13, 2020, the parties filed a joint motion for this court to withdraw its mandate so the trial court may render judgment as agreed.

The parties' agreed motion is GRANTED. We WITHDRAW our mandate of January 27, 2020. *See* TEX. R. APP. P. 18.7. We direct the clerk of this court to promptly notify the Bexar County District Clerk and all parties to the judgment of this action. *See id.*

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2020.

MICHAEL A. CRUZ,
Clerk of Court